**Stephanie Schuster**
Partner
+1.202.373.6595
stephanie.schuster@morganlewis.com

January 18, 2023

**Via ECF**

Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Drew-King v. Amazon.com Services LLC*, No. 22-3182 (2d Cir.)
Scheduling Request

Dear Clerk:

We represent Appellant Amazon.com Services, LLC in the referenced appeal. Pursuant to Local Rule 31.2(a)(1)(A), we write to request that the deadline for filing and service of Appellant's opening brief be set for April 6, 2023, which is within 91 days of the ready date.

Thank you for your time and attention to this matter.

Respectfully submitted,

s/ Stephanie Schuster
Stephanie Schuster

cc: all counsel of record